## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROSE WALKER, | ) | |
| | ) | **No. 07 C 7281** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE MANNING |
| | ) | |
| CITY OF CHICAGO, ILLINOIS and CHICAGO, POLICE OFFICER C. PINZINE, Star No. 9196, and CHICAGO POLICE OFFICER M.J. PETRASKI, Star No. 5519, | ) ) ) ) | Magistrate Judge Cox |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Jeffrey B. Granich
     Law Offices of Jeffrey B. Granich
     53 West Jackson Boulevard
     Suite 840
     Chicago, Illinois  60604
     jeffreygranich@mac.com

**PLEASE TAKE NOTICE** that I have filed this day with the Clerk of the above Court **City of Chicago's Agreed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Complaint**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Manning, or before such other Judge sitting in her stead, on the 7th day of February, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** at Chicago, Illinois this 29th day of January, 2008.

        Respectfully submitted,

        MARA S. GEORGES  
        Corporation Counsel  
        City of Chicago

By:   /s/ Thomas J. Aumann  
      THOMAS J. AUMANN  
      Assistant Corporation Counsel

City of Chicago, Department of Law  
30 North LaSalle Street  
Suite 1020  
Chicago, Illinois 60602  
(312) 744-1566 (Phone)  
(312) 744-3989 (Fax)  
Atty. No. 06282455