UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                  Case   07 C 7281

ROSE WALKER  v. CITY OF CHICAGO, et al.,

Judge Manning
Magistrate Judge Cox

An Appearance is hereby filed by the undersigned as Attorney For:

    DEFENDANT CITY OF CHICAGO

| SIGNATURE |  |
|---|---|
| s/ Penelope M. George | |
| FIRM  CITY OF CHICAGO CORPORATION COUNSEL'S OFFICE | |
| STREET ADDRESS  30 NORTH LA SALLE STREET, SUITE 1020 | |
| CITY/STATE/ZIP  CHICAGO, IL  60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06194201 | TELEPHONE NUMBER  312 742-0116 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES X | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |