UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE WALKER, ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 7280 |
| ) | |
| vs. ) | |
| ) | JUDGE MANNING |
| CITY OF CHICAGO, ILLINOIS, ) | |
| and CHICAGO POLICE OFFICER ) | MAGISTRATE JUDGE COX |
| C. PINZINE, Star No. 9196, and ) | |
| CHICAGO POLICE OFFICER ) | |
| M. J. PETRASKI, Star No. 5519, ) | |
| ) | |
| Defendants. ) | **JURY TRIAL DEMANDED** |

## JOINT INITIAL STATUS REPORT

Plaintiff, Rose Walker, by and through her attorney Jeffrey B. Granich, Defendants C. Pinzine and M. J. Petraski, by their attorney Mary Elizabeth McCahill, Assistant Corporation Counsel for the City of Chicago, and Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, pursuant to this Court's case management procedures, jointly submit the following initial status report:

### 1. Jurisdiction and Claims

This is an action arising under federal and state law. Jurisdiction is proper under 42 U.S.C. § 1983, 28 U.S.C. §§ 1331 and 1343 for plaintiff's federal claims and under 28 U.S.C. 1367 for plaintiff's state law claims.

Plaintiff asserts civil rights claims under 42 U.S.C. § 1983 and state law claims against the Defendant Officers alleging false arrest, malicious prosecution, and intentional infliction of emotional distress.  Plaintiff also brings a claim under 42 U.S.C. § 1983 against Defendant City of Chicago for its alleged policies, practices and customs of failing to adequately train, supervise, control and discipline officers.

2.	**Relief Sought**

Plaintiff seeks damages in an undetermined amount as of this date.

3.	**Referral to Magistrate Judge**

This case is referred to Magistrate Judge Cox by Judge Manning for discovery supervision, ruling on all nondispositive pretrial motions, as well as settlement discussions.

4.	**Briefing on Matters Referred**

The parties have briefly discussed settlement of this matter.  However, Defendants have stated that they intend on offering no monetary amount to Plaintiff.  Therefore, settlement does not seem possible at this time.

5.	**Consent to Magistrate Judge**

The parties will consent to trial before a magistrate judge.

6.	**Status of Settlement Negotiations**

Settlement is not possible at this time.

Respectfully Submitted,

Jeffrey B. Granich
53 W. Jackson, Ste. 840
Chicago, Illinois 60604
312-939-9009

/s/ Jeffrey B. Granich

| | |
|---|---|
| Thomas Jon Aumann | Mary Elizabeth McCahill |
| City of Chicago | Corporation Counsel's Office |
| 30 N. LaSalle St., Ste. 1020 | 30 N. LaSalle St., Ste. 1400 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |
| (312) 742-3541 | (312) 742-6404 |

/s/ Thomas Jon Aumann        /s/ Mary Elizabeth McCahill