UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Rose Walker
                              Plaintiff,

v.                                               Case No.: 1:07−cv−07281
                                                         Honorable Susan E. Cox

City of Chicago, Illinois, et al.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 25, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Defendant's counsel contacted the Court by telephone. The parties have reached a settlement and will need time to finalize the settlement documents. Status hearing set for 5/1/08 at 9:30 a.m. is stricken. Status hearing set for 5/22/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.