IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE WALKER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CITY OF CHICAGO, ILLINOIS and )<br>CHICAGO POLICE OFFICER C. PINZINE, )<br>Star No. 9196, and CHICAGO POLICE )<br>OFFICER M. J. PETRASKI, Star No. 5519, )<br>)<br>Defendants. ) | No. 07 C 7281<br><br>Magistrate Judge Cox |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Jeffrey B. Granich
Attorney for plaintiff,
Rose Walker
Law Office of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840
Chicago, Illinois 60604
(312) 939-9009
Attorney No. 6206703

_____
Mary McCahill
Assistant Corporation Counsel
Attorney for defendants,
Christopher Pinzine and Michael Petraski
30 North LaSalle Street, Suite 1400
Chicago, Illinois  60602
(312) 742-6404
Attorney No. 06277989
DATE: 5-5-08
07 C 7281

Respectfully submitted,
CITY OF CHICAGO a Municipal Corporation


MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago


BY: _____
Thomas Aumann
Assistant Corporation Counsel
30 North LaSalle Street, Suite 1020
Chicago, Illinois  60602
(312) 744-1566
Attorney No. 06282755
DATE: 5/5/08