**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division**

Rose Walker
                              Plaintiff,

v.                                            Case No.: 1:07−cv−07281
                                              Honorable Susan E. Cox

City of Chicago, Illinois, et al.
                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, May 7, 2008:


      MINUTE entry before the Honorable Susan E. Cox: The parties having filed a
stipulation to dismiss, status hearing set for 5/22/08 at 9:30 a.m. is stricken. All of the
claims of plaintiff, Rose Walker, against defendants, City of Chicago, Christopher Pinzine
and Michael Petraski, are dismissed with prejudice and with each side bearing its own
costs and attorneys' fees. Enter Agreed Order of Dismissal. Civil case terminated. Mailed
notice(vkd, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.