IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROSE WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 7281 |
| ) | |
| CITY OF CHICAGO, ILLINOIS and ) | |
| CHICAGO POLICE OFFICER C. PINZINE, ) | |
| Star No. 9196, and CHICAGO POLICE ) | Magistrate Judge Cox |
| OFFICER M. J. PETRASKI, Star No. 5519, ) | |
| ) | |
| Defendants. ) | |

### AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Rose Walker, by one of her attorneys, Jeffrey B. Granich, and defendants, Christopher Pinzine and Michael Petraski, by one of their attorneys, Mary McCahill, Assistant Corporation Counsel for the City of Chicago, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Rose Walker, against defendants, City of Chicago, Christopher Pinzine and Michael Petraski, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

/s/ Mary McCahill
Mary McCahill
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-6404
Attorney No. 06277989

ENTER: _____
The Honorable Judge Susan E. Cox
United States Magistrate Judge

DATED: 5.7.08